AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| SUCRÉ, LLC | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 10-1481 "I" (2) |
| MELANGE SUCRÉ, LLC | ) ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melange Sucré, LLC
c/o LegalZoom.com, Inc., Registered Agent
7083 Hollywood Blvd. Suite 180
Los Angeles, CA 90028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William J. Kelly III
Kelly, Stacy & Rita LLC
1401 17th Street, Ste. 925
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __May 18 2010__

*Deputy clerk's signature*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  10-cv-01481-LMA-JCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Melange Sucre LLC
was received by me on *(date)*  05/17/2010  .

☑ I personally served the summons on the individual at *(place)*  7083 Hollywood Blvd. Suite 180, Los Angeles,
on *(date)*  05/19/2010  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  0.00  for travel and $  69.00  for services, for a total of $  69.00  .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: See attached Affidavit of Service

Printed name and title

Server's address

Additional information regarding attempted service, etc:

# Affidavit of Process Server

United States District Court for the Eastern District of Louisia, State of LA
(NAME OF COURT)

| Sucré, LLC | vs Melange Sucré, LLC | 10-cv-01481 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Marissa Mendenhall**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **Melange Sucré, LLC**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Complaint, Civil Case Cover Sheet, Summons, Proof of Service**

by leaving with _____ At _____
NAME          RELATIONSHIP

☐ Residence _____
ADDRESS          CITY / STATE

☒ Business **7083 Hollywood Blvd. Suite 180 Los Angeles, CA**
ADDRESS          CITY / STATE

On **5/19/2010** AT **11:15 AM**
DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

SUBSCRIBED AND SWORN to before me this **25th** day of **MAY**, 20**10**, by **ANAQUAD COBE**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF PROCESS SERVER

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of **CAlifornia**

SUSAN MARIE MARALIT
Commission # 1804487
Notary Public - California
Los Angeles County
My Comm. Expires Jun 27, 2012

OL# 6717444